IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN WHITE, | 1:07-cv-01338-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS AND PRISON TRUST ACCOUNT STATEMENT |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (DOCUMENTS #5 and #6) |

On October 15 and 18, 2007, plaintiff filed motions to extend time to submit a completed application to proceed in forma pauperis and a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file her completed application to proceed in forma pauperis and a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of the complaint.

IT IS SO ORDERED.

Dated:   October 30, 2007                              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE